**Motion Granted in Part and Order filed January 8, 2019.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-17-00670-CV

---

### HAMILTON METALS, INC., Appellant

### V.

### GLOBAL METAL SERVICES, LTD., Appellee

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2016-32078**

---

## O R D E R

On December 11, 2018, appellee Global Metal Services, Ltd. filed a Motion for Rehearing. We grant the part of this motion in which Global asks this court to grant rehearing and to set aside the prior opinion and judgment in this case. Therefore, we **GRANT REHEARING**, **VACATE** the Judgment rendered in this case on November 27, 2018, **ORDER** that the Opinion issued in this

case on November 27, 2018 be **WITHDRAWN**, and **ORDER** that this case be resubmitted to a panel of this court consisting of Chief Justice Frost, and Justices Wise and Zimmerer, without oral argument and without rebriefing.

PER CURIAM

Panel consists of Chief Justice Frost and Justice Wise.[1]

---

[1] Justice Busby was assigned to the panel for this case and joined the court's opinion and judgment of November 27, 2018. Though Justice Busby is no longer a justice on the Fourteenth Court of Appeals, "[a] motion for rehearing may be granted by a majority of the justices who participated in the decision of the case." Tex. R. App. P. 49.3.